UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL MIJARES, MARIAN GODOY,
JOANDERSON BENCOMO, ANOAS
DIONICIO, on behalf of themselves and on
behalf of all others similarly situated,

        Plaintiffs,

v.                                                     Civil Action No.:

THE SERVICE COMPANIES, INC.,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant, The Service Companies, Inc. ("Defendant"), by and through its attorneys, hereby removes this action from the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, to the United States District Court for the Middle District of Florida. In support hereof, Defendant states:

1. On October 29, 2018, Plaintiffs Manuel Mijares, Marian Godoy, Joanderson Bencomo and Anoas Dionicio (collectively referred to as "Plaintiffs") filed a Complaint and Demand for Jury Trial (the "Complaint") in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, Case No. 2018 CA 003551 OC. Defendant was served with the Complaint on November 2, 2018. See copy of Circuit Court docket attached hereto as **Exhibit "A."**

2. A copy of the Compliant filed by Plaintiffs in the Circuit Court case is attached hereto as **Exhibit "B."** Copies of all the remaining documents retrieved from the Circuit Court file are attached hereto as **Composite Exhibit "C."**

3. Pursuant to 28 U.S.C. § 1446, Defendant hereby removes this case to the United States District Court for the Middle District of Florida as an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331.

4. The well-pleaded complaint rule determines the presence or absence of federal jurisdiction that will support removal. *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). Generally, if the face of the complaint necessarily implicates a federal claim, a federal question exists. *See Franchise Tax Bd. of Cal. v. Construction Laborers Vacation Trust for Southern Cal.*, 463 U.S. 1, 9-12 (1983).

5. In the Complaint, Plaintiffs assert one cause of action against Defendant: purported violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

6. 28 U.S.C. § 1331 provides that district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treatises of the United States. Here, Plaintiffs' Complaint is removable to the United States District Court for the Middle District of Florida because Plaintiffs' FLSA claims present a federal question and therefore arise under federal law. *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 694-95 (2003) (holding an action brought under the Fair Labor Standards Act presented a federal question and was removable to federal court).

7. Pursuant to 28 U.S.C. 1441(a), the United States District Court for the Middle District of Florida, Orlando Division, is the district court of the United States for the district and division embracing the place where the action is pending.

8. Plaintiffs served Defendant with their Summons and Complaint on November 2, 2018. Accordingly, this removal notice is filed within thirty (30) days of the service on

Defendant and is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

9.  Pursuant to 28 U.S.C. § 1446(d), Defendant shall promptly serve a copy of this Notice upon Plaintiffs, and Defendant shall file the same with the Clerk of the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida.

**WHEREFORE**, Defendant, The Service Companies, Inc., respectfully requests that the entire state court action under Case No. 2018 CA 003551 OC now pending in the Circuit Court for the Ninth Judicial Circuit, in and for Osceola County, Florida, be removed to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

Respectfully submitted this 26th day of November, 2018.

**HOLLAND & KNIGHT LLP**

/s/ Erika R. Royal
Erika R. Royal
Florida Bar No. 154385
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone:(954) 468-7831
Facsimile: (954) 463-2030
Email: erika.royal@hklaw.com

Lindsay Dennis Swiger
Florida Bar No.: 0045783
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone:(904) 353-2000
Facsimile: (904) 358-1872
Email: lindsay.swiger@hklaw.com

*Attorneys for Defendant The Service Companies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2018, a true and correct copy of the foregoing Defendant's Notice of Removal was served by email to:

Luis A. Cabassa, Esq.
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
Email: lcabassa@wfclaw.com
twells@wfclaw.com
*Attorneys for Plaintiffs*

/s/ Erika R. Royal
Erika R. Royal
Florida Bar No. 154385