# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MANUEL MIJARES, MARIAN GODOY, JOANDERSON BENCOMO, ANOAS DIONICIO,**
on behalf of themselves and on behalf of all others similarly situated,

    **Plaintiff,**

v.                                      **Case No.: 6:18-cv-02024-RBD-TBS**

**THE SERVICE COMPANIES, INC.,**

    **Defendant.**

_____/

## PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                **Ninth Judicial Circuit, Orange County, Florida**
                **Case No. 2018 CA 003551 OC**

☐     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 29th day of November 2018.

          Respectfully submitted,

          */s/ Luis A. Cabassa*

          **LUIS A. CABASSA**
          Florida Bar Number: 0053643
          **WENZEL FENTON CABASSA, P.A.**
          1110 N. Florida Avenue, Suite 300
          Tampa, Florida 33602
          Main Number: 813-224-0431
          Direct Dial: (813) 379-2565
          Facsimile: 813-229-8712
          Email: lcabassa@wfclaw.com
          Email: twells@ wfclaw.com
          **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of November, 2018, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Lindsay Denise Swiger
Erika R. Royal
Holland & Knight, LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Email: Lindsay.swiger@hklaw.com
Email: Erika.royal@hklaw.com
Email: juliana.nwafor@hklaw.com

          */s/ Luis A. Cabassa*

          **LUIS A. CABASSA**