# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MANUEL MIJARES, MARIAN
GODOY, JOANDERSON
BENCOMO, ANOAS DIONICIO,
on behalf of themselves and on behalf
of all others similarly situated,

    Plaintiff,

v.                                     Case No.: 6:18-cv-02024-RBD-TBS

THE SERVICE COMPANIES, INC.,

    Defendant.
_____/

## DECLARATION OF MANUEL MIJARES

I, MANUEL MIJARES, having first been duly sworn upon my oath depose and say:

1. Unless otherwise indicated, the facts set forth below are based on my personal knowledge and the opinions set forth herein are my own. I understand that this declaration under oath may be filed in the above captioned action.

2. I am the Named Plaintiff in the above-styled case.

3. I worked for Defendant, The Service Companies, Inc. ("Defendant"), as a house cleaner from approximately February 2018 through August 2018.

4. On average I worked about 10 hours of overtime per week, for a total of 50 hours per week for Defendant.

5. Defendant failed to pay me the overtime pay to which I was entitled. Defendant has a uniform policy of failing to pay overtime to any of its house cleaners when they work in excess of forty hours per week.

6. I am aware of many other house cleaners who want to join this lawsuit for the same reasons as I do.

7. Defendant failed to properly track the hours I worked, which resulted in me not receiving the overtime wages to which I was entitled.

8. Defendant treats all house cleaners the same with regard to its failure to pay overtime.
9. I would like to recover my overtime pay from Defendant.
10. I would like to bring a collective action for unpaid overtime pursuant to the Fair Labor Standards Act against Defendant.

Dated this 14 day of December, 2018.

_____
MANUEL MIJARES

2