UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL MIJARES, MARIAN GODOY, JOANDERSON BENCOMO, ANOAS DIONICIO, on behalf of themselves and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE SERVICE COMPANIES, INC.,

      Defendant.
_____/

Case No.: 6:18-cv-2024-Orl-37TBS

## DECLARATION OF KURT WONG

I, Kurt Wong, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.

My name is Kurt Wong. I am over the age of 18 and competent to testify thereto. I know that this Declaration is to be used for all lawful purposes in connection with the above-captioned civil action.

2.

The facts set forth herein are based upon my personal knowledge, or upon my review of The Service Companies, Inc.'s ("TSC") business records, which records were made by, or from information transmitted by, a person with knowledge of the information or events described therein, at or near the time the events occurred, and are kept in the ordinary course of the regularly conducted business activity of such person and TSC and is the regular practice of TSC to make such records.

3.

I am currently employed by TSC as its Chief Experience Officer. I have held that position since January 1, 2019. Before assuming this role, I was the Chief Operating Officer for TSC. In my various roles at TSC, I have become very familiar with the Company's pay practices and policies.

4.

TSC is in the business of providing outsourced services and personnel to hospitality industry clients. TSC contracts with its clients – existing hospitality properties – to provide a wide range of food & beverage and hospitality staffing, specialty, and engineering services. Its clientele includes hotels, timeshare properties, and casinos. The services TSC provides are governed by the separate contracts between TSC and its clients.

5.

TSC provides hospitality services, including guest room attendants ("GRAs"), to the Grove Resort (the "Grove") which is located at 14501 Grove Resort Avenue, Orlando, Florida 34787.

6.

The Plaintiffs in this matter, Manuel Mijares, Anoas Dionicio, Joanderson Bencomo, and Mariana Godoy, were all employed by TSC as GRAs at the Grove in 2017 and 2018.

7.

TSC started discussions with the owner of the Grove, Benchmark Hotels, prior to its opening in March of 2017. Specifically, TSC discussed with the owner the operations of the Housekeeping Department at the Grove. Ultimately, TSC contracted with the Grove to manage and oversee the Housekeeping and Public Areas Departments.

8.

TSC began providing hospitality staffing services to the Grove in December 2016. At that time, the TSC employees were preparing the property to open. During this time period, GRAs were paid on an hourly basis, and GRAs received overtime for hours worked in excess of forty per workweek. Beginning in March 2017, the property opened in three different phases, starting with only 184 one, two and three-bedroom units. The property currently has 582 total units. TSC's role at the Grove included providing housekeeping (cleaning) services for the hotel rooms, and also maintaining the public areas, including the guest common areas at the property.

9.

TSC's compensation decisions are client-specific and differ from property to property. The factors relevant to TSC's compensation decisions are as follows: (1) the competitiveness of the market in which the property resides; (2) the unit size (dimensions); (3) the number and bedrooms and bathrooms per unit; (4) the structure of the building, specifically whether it is built horizontally or vertically; and (5) the client's cleaning standards. Importantly, every property is different and every client has different cleaning standards. TSC also compensates its GRAs according to their job duties and level of experience.

10.

From December 2016 to March 2017, TSC paid its GRAs on an hourly basis. Hours were tracked in a payroll software program and overtime was calculated and paid for all hours worked over 40 in a work week.

11.

In March 2017, when the property opened, TSC local management at the Grove made the decision to convert first shift GRAs from hourly pay to piece pay in which TSC paid its GRAs a predetermined amount for the completion of room assignments (second shift GRAs remained

hourly).  This is commonly referred to as a "piece rate" which is a per unit rate for each completed room, regardless of the amount of time it took to clean the unit.  The decision was twofold: (a) TSC wanted to increase GRAs' compensation to help with recruiting; and (b) improve the efficiency and productivity of its housekeeping staff.  TSC determined that the piece rate system would incentivize GRAs to clean rooms faster and work more efficiently to earn more money.  Also, the piece pay rate allowed to TSC recruit GRAs more competitively in the crowded Orlando market.

12.

The Grove's piece rate amounts were as follows:  approximately $18 per 2bedroom/2bathroom cleaned, approximately $22 per 3bedroom/2bathroom cleaned, and approximately $24 per 3bedroom/3bathroom cleaned. To compute the piece rate compensation, TSC determined the number of rooms cleaned by each GRA and then multiplied the total number of completed units by the applicable piece rate.  The piece rate calculations varied day by day based on the number of units completed by the GRA.

13.

In or around May 2018, the Grove's local management, in consultation with a consulting company, determined that it was necessary to reduce the cost of TSC's housekeeping services. Specifically, the Grove's local management decided to discontinue the practice of daily room cleanings, and run the property more like a timeshare.  In this regard, the Grove's local management instructed TSC to eliminate daily cleaning services and switch to cleaning the rooms every other day or 2-3 times per week. In connection with this change, the amounts paid to TSC per unit were reduced to an amount lower than the per room rate that TSC was paying to GRAs. Effective August 5, 2018, TSC returned the first shift GRAs to an hourly pay system,

compensating them at a hourly rate ranging from $10 to $11 per hour. All GRAs recorded their time in a timekeeping system; they clocked in at the start of their shift and clocked out at the end of the work day.

Executed this 20th day of March, 2019.

_____
Kurt Wong
Chief Experience Officer
The Service Companies, Inc.

5