UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL MIJARES, MARIAN GODOY,
JOANDERSON BENCOMO, ANOAS
DIONICIO, on behalf of themselves and on
behalf of all others similarly situated,

        Plaintiffs,

v.                                          Case No.: 6:18-cv-2024-Orl-37TBS

THE SERVICE COMPANIES, INC.,

        Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 6(b) and Middle District of Florida Local Rule 3.01, Defendant The Service Companies, Inc., ("TSC") hereby files this motion requesting that the Court grant a 30-day extension of time for TSC to respond to Plaintiffs' discovery, and in support hereof states as follows:

1. On November 29, 2018, this Court entered a Scheduling Order which stayed all proceedings in the above-captioned matter. [ECF No. 11]. In the Scheduling Order, this Court stated that, until the parties have "exhausted all settlement efforts" and "file[d] a Case Management Report," the parties are not permitted to engage in discovery or any other proceeding. [*Id.* at ¶¶ 5,8].

2. On February 26, 2019, Plaintiffs served interrogatories, request for production of documents, and request for admissions on TSC. Likewise, on February 27, 2019, Plaintiffs served second request for admissions on TSC.

3. On March 6, 2019, the parties filed their Case Management Report. [ECF No. 36].

4. Based on the language in the Scheduling Order, TSC treated the filing date of the Case Management Report as the date on which Plaintiffs' discovery was served. Accordingly, TSC must respond to Plaintiffs' discovery on or before April 5, 2019.

5. TSC is currently in the process of transferring its legal work, including the above-captioned matter, to a different law firm. Accordingly, TSC respectfully requests a thirty-day extension of time, through and including May 6, 2019, to respond to Plaintiffs' discovery.

6. This extension is necessary to give TSC's new counsel an opportunity to become familiar with the many facts and legal questions at issue in this case before responding to Plaintiffs' discovery.

7. This extension is not sought for purposes of delay and will not prejudice any party.

8. The parties have conferred regarding the relief sought in the motion and Plaintiffs have indicated that they do not opposed the relief requested herein.

## MEMORANDUM OF LAW

In pertinent part, Federal Rule of Civil Procedure 6 provides as follows:

(b) Extending Time.

(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b); *see also Ritter v. Smith*, 811 F. 2d 1398, 1403 (11th Cir. 1987) ("Fed.R.Civ.P. 6(b)(1) gives the district court discretion to enlarge time periods if done prior to the expiration of the original time period."). TSC respectfully submits that it has demonstrated good cause for the extension of time sought herein.

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he conferred with Plaintiffs' counsel regarding the relief sought herein and Plaintiffs do not oppose the relief requested herein.

WHEREFORE, TSC respectfully requests the entry of an Order granting TSC an extension of time within which to respond to Plaintiffs' discovery, through and including May 6, 2019, and awarding any further relief that the Court deems just and proper.

Respectfully submitted this 2nd day of April, 2019.

**HOLLAND & KNIGHT LLP**

/s/ Luis J. Gonzalez
Erika R. Royal
Florida Bar No. 154385
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone:(954) 468-7831
Facsimile: (954) 463-2030
Email: erika.royal@hklaw.com

Luis J. Gonzalez, Esq.
Florida Bar No. 055881
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Ste 2600
Orlando, FL 32802-1526
Telephone: (407) 425-8500

Email: luis.gonzalez@hklaw.com

*Attorneys for Defendant The Service Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

### Service List

Luis A. Cabassa, Esq.
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
Email: lcabassa@wfclaw.com
twells@wfclaw.com
*Attorneys for Plaintiffs*

/s/ Erika R. Royal
Erika R. Royal
Florida Bar No. 154385