UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL MIJARES, MARIAN GODOY,
JOANDERSON BENCOMO and ANOAS
DIONICIO,

     Plaintiffs,

v.                                                              Case No:   6:18-cv-2024-Orl-37TBS

THE SERVICE COMPANIES, INC.,

     Defendant.

_____

## ORDER

     Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs'

Discovery (Doc. 41), is **GRANTED**. Defendant shall respond to Plaintiffs' first sets of

interrogatories, requests for production and requests for admissions, and second set of

requests for admissions by May 6, 2019.

     **DONE** and **ORDERED** in Orlando, Florida on April 3, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record