UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL MIJARES; MARIAN
GODOY; JOANDERSON BENCOMO;
AND ANOAS DIONICIO,

        Plaintiffs,

v.                                                                    Case No: 6:18-cv-2024-Orl-37EJK

THE SERVICE COMPANIES, INC.

        Defendant.
_____

### ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal Without Prejudice. (Doc. 61). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 13, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record

-1-